Stuart T. Barasch, Esq. (State Bar No. 74108)
Of Counsel, Olinsky Law Group
P.O. Box 961719
El Paso, TX  79996
Telephone: (213) 621-7622
Facsimile: (213) 402-2261
Email: stuartbarasch@gmail.com
Attorney for Plaintiff, Timothy Mark Truett

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

TIMOTHY MARK TRUETT,

    PLAINTIFF,

           No. 2:24-cv-02985-JDP

-v-


CAROLYN COLVIN[1],
Acting Commissioner of Social Security,

    Defendant.

------------------------------------------------------------

**~~PROPOSED~~ ORDER**

  Before the Court is the Motion of Plaintiff, Timothy Mark Truett, for an extension of time. Because the Court finds good cause and Defendant has no objection, the Court hereby GRANTS the motion. It is hereby ORDERED that the Plaintiff has until March 24, 2025, to file his Opening Brief.  Accordingly, Defendant's deadline to file her

---

[1] Carolyn Colvin became the Acting Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

responsive brief is extended to April 23, 2025. Plaintiff's deadline to file a reply brief, if any, is extended to May 7, 2025.

Let the clerk file this Order electronically and notify all counsel of record accordingly.

IT IS SO ORDERED.

Dated:   January 15, 2025                              _____
                                                                      JEREMY D. PETERSON
                                                      UNITED STATES MAGISTRATE JUDGE